

**EPSTEIN DRANGEL LLP**

6 East 45th Street, 7th Floor, New York, NY 10017
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

May 27, 2026

**MEMO ENDORSED**
**(p. 2)**

<u>**VIA ECF**</u>
Hon. Jennifer H. Rearden
United States District Judge
500 Pearl Street, Room 1010
New York, New York 10007

Re: *Denim Tears Inc. v. Capri S.r.l.*, Civil Action No. Case No. 25-cv-3080-JHR
<u>Letter Motion to Extend Time to File Opposition/Set Alternative Briefing
Schedule</u>

Dear Judge Rearden,

We represent Plaintiff Denim Tears Inc. ("Plaintiff") in the above-referenced action and are writing, with the consent of Defendant Capri S.r.l. ("Defendant"), to respectfully request that this Court extend Plaintiff's time to file an opposition to Defendant's motion to dismiss (*Dkt. Nos. 10-12*) (the "Motion to Dismiss") from the current deadline of Monday, June 1, 2026, up to and including fourteen (14) days from Plaintiff's receipt and filing of a certificate of service from Italy's Central Authority.

Plaintiff's service documents were mailed to the Central Authority in Italy on or about March 5, 2026, and delivered and signed for on or about March 9, 2026. Service updates are not thereafter provided while service is underway. Plaintiff has been advised that it can take up to six months or more for service to be completed and a certificate of service—which Plaintiff contends serves as *prima facie* evidence that service was made in compliance with the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters—to be issued by Italy's Central Authority. *See, e.g., Resource Trade Finance, Inc. v. PMI Alloys, LLC*, No. 99CV5156, 2002 U.S. Dist. LEXIS 14740, at *11-12 (S.D.N.Y. Aug. 12, 2002). Plaintiff has yet to receive any such certificate of service; Plaintiff's counsel has followed up with the company it engaged to handle service, and said company is unable to provide any further update at this time.

In the Motion to Dismiss, which is in part based on insufficient service of process, Defendant acknowledges that it received certain documents through the Italian authorities, but contends that a summons issued by the Clerk of this Court was not included. At this juncture, however, Plaintiff does not have the benefit of relying on what is, or is not, denoted in any certificate of service issued by Italy's Central Authority.

Given the above, Plaintiff respectfully requests up to and including fourteen (14) days from Plaintiff's receipt[1] and filing of a certificate of service from Italy's Central Authority to file any opposition to Defendant's Motion to Dismiss. Defendant's reply would then be due seven (7) days from the filing of any such opposition. Defendant consents and joins Plaintiff in requesting the relief sought herein. This is the parties' first request for any extension of time. The parties are not currently set to appear before the court nor does the request sought impact any other scheduling deadlines since the Court has not yet entered a scheduling order for this case.

We thank the Court for its time and consideration.

Best regards,

Kerry B. Brownlee
**Epstein Drangel LLP**

In light of Plaintiff's representation "that it can take up to six months or more for service to be completed and a certificate of service . . . to be issued by Italy's Central Authority," as well as Defendant's consent to the requested extension, Defendant's motion to dismiss, ECF No. 10, is hereby denied without prejudice to restoration once the certificate of service has been received and filed by Plaintiff.

The Clerk of Court is directed to terminate ECF Nos. 10 and 16.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: June 1, 2026

---

[1] Plaintiff shall promptly file any such certificate of service with the Court no longer than one business day following receipt.